Alex R. Straus, SBN 321366
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212

*Plaintiffs' Attorneys*
*Additional attorneys on signature page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES VITIOSUS, DEBRA FOLEY, and RACHEL LUMBRA on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ALANI NUTRITION, LLC<br>Defendant. | Case No. '21CV2048 MMA MDD<br><br>**Declaration of Alex R. Straus** |

### DECLARATION OF ALEX R. STRAUS

I, Alex R. Straus, declare as follows:

1. I am an attorney with the law firm Milberg Coleman Bryson Phillips Grossman, PLLC, counsel for Plaintiffs Andre Vitiosus, Debra Foley, and Rachel Lumbra. I am admitted to practice law in California and before this Court and I am a member in good standing of the State Bar of California.

2. This declaration is made pursuant to California Civil Code section 1780(d).

3. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

4. If called as a witness, I could and would competently testify to the matters included herein.

5. Plaintiff Andres Vitiosus is a resident of Escondido, California in San Diego County.

6. I am informed and believe that venue is proper in this Court under Civil Code 1780(d) because the Defendant is doing business in this District, and a substantial portion of the transaction at issue occurred in this District.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed on December 7, 2021 in Los Angeles County, California.

/s/ Alex R. Straus_____
Alex R. Straus (SBN 321366)