Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel.: (917) 471-1894
Fax: (310) 496-3176
Email: astraus@milberg.com

*Attorneys for Plaintiffs*
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA FOLEY, ANDRES VITIOSUS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALANI NUTRITION, LLC,<br><br>  Defendant. | Case No.: '21 CV 2048 MMA MDD |

### DECLARATION OF ANDRES VITIOSUS

I, Andres Vitiosus, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I

1
**DECLARATION OF ANDRES VITIOSUS**

1 believe to be true.

2     3.    If called as a witness I could and would competently testify to the
3 matters included herein.

4     4.    I reside in Escondido, California.

5     5.    I am informed and believe that venue is proper in this Court under Civil
6 Code 1780(d) because the Defendant is doing business in this District, and a
7 substantial portion of the events or omissions at issue occurred in this District.

8

9     I declare under penalty of perjury under the laws of the State of California and
10 the United States that the foregoing is true and correct and this declaration was
11 executed on __12/6/2021 | 10:04:08 AM PST__ in Escondido, California.

DocuSigned by:

*andres vitiosus*

—7E8824120B52465...

Andres Vitiosus

2

**DECLARATION OF ANDRES VITIOSUS**