# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES VITIOSUS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ALANI NUTRITION, LLC,<br><br>  Defendant. | Case No. 21-cv-2048-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION AND SETTING BRIEFING SCHEDULE**<br><br>[Doc. No. 6] |

On January 14, 2022, the parties filed a joint motion to set a special briefing schedule on Defendant's anticipated motion to dismiss. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** as follows: Defendant must respond to the Complaint on or before **February 8, 2022**. Should Defendant file a motion to dismiss, Plaintiffs must file their opposition, if any, on or before **March 8, 2022**. Defendant may then file its reply, if any, on or before **March 25, 2022**.

Upon completion of the briefing, the Court will take the matter under submission and issue a written ruling in due course pursuant to Civil Local Rule 7.1.d.1. *See* Fed. R. Civ. P. 78(b); CivLR 7.1.d.1.

**IT IS SO ORDERED**.

Dated: January 18, 2022

HON. MICHAEL M. ANELLO
United States District Judge