Trenton R. Kashima (State Bar No. 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
(866) 252-0878
tkashima@milberg.com

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES VITIOSUS, DEBRA FOLEY and RACHEL LUMBRA, on behalf of themselves and all others similarly situated<br><br>              Plaintiffs,<br><br>v.<br><br>ALANI NUTRITION, LLC,<br><br>              Defendant. | Case No. 3:21-cv-02048-MMA-MDD<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED R. CIV. PRO. 41(a)(1)(A)(i)** |

NOTICE OF DISMISSAL

TO THE CLERK OF THE SOUTHERN DISTRICT OF CALIFORNIA AND ALL COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** Plaintiffs Andres Vitiosus, Debra Foley, and Rachel Lumbra, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notices the dismissal of their Class Action Complaint against Defendant Alani Nutrition with prejudice as to Plaintiffs' individual claims, but without prejudicing any claims of absent putative class members.

Dismissal is proper under Rule 41(a)(1)(A)(i), as Defendant has not served its answer or a motion for summary judgment in this action.

A class has not been certified in this action; thus, this voluntary dismissal does not implicate the requirements of Rule 23(e). FED. R. CIV. P. 23(e) ("The claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval."); Committee Notes on Rule 23 – 2003 Amendment ("The new rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise.").

Therefore, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs may notice dismissal of this case, without leave of the Court.

Dated: August 30, 2022          Respectfully submitted,

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

/s/ Trenton R. Kashima
Trenton R. Kashima (SBN 291405)
402 W. Broadway, Suite 1760
San Diego, CA 92101
T : (866) 252-0878
tkashima@milberg.com
Fax: (310) 496-3176
*Attorneys for Plaintiffs and the Class*